944 A.2d 752

**James HARDING (a/k/a Hurly), Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

**No. 17 EAP 2007.**

Supreme Court of Pennsylvania.

March 12, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 12th day of March, 2008, the above captioned appeal is herewith quashed for failure to file a brief.